No. 2898.—THE STATE OF LOUISIANA, ex rel. Widow J. B. ANSELINE, *v.* THE CLERK OF THE SECOND DISTRICT COURT, parish of Orleans.

Where an appeal bond has been given according to law, the clerk of the district court can not exact payment of his costs in money, or additional security from the appellant, as a condition precedent to the delivery of the transcript.

In case the return day for filing the transcript in the Supreme Court has passed, through the fault of the clerk of the district court, in refusing to deliver it, until his costs were paid, after the bond had been given, the time for filing the transcript will be extended, and the clerk will be compelled, by mandamus, to deliver the record, and pay the costs of the writ.

APPLICATION for Writ of Mandamus. *M. O. Tracy*, Clerk, respondent. *A. L. Tissot*, of counsel. *G. Schmidt*, for relator.

LUDELING, C. J. The appeal bond having been given according to law, the clerk should have delivered the transcript to the appellant. He had no right to exact payment of the cost, or additional security from the appellant, as a condition precedent to the delivery of the transcript of appeal.

As it was owing to the fault of the clerk that the transcript of appeal was not filed, in due time, in the Supreme Court, it is ordered that the return day be extended to the second of January, 1871; that the mandamus be made peremptory, and that the defendant pay costs of this proceeding.